# EXHIBIT A



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

**PHONE NUMBER:**

864 231 6539



**IMAGE:**
BeefChuckSteakBnInGrlMrk001_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002025765





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
BeefChuckSteakBnInGrlMrk001_ADL
COPYRIGHT REGISTRATION NUMBER:
V A 0 0 0 2 0 2 5 7 6 5





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

**PHONE NUMBER:**

864 231 6539



**IMAGE:**
BeefChuckSteakBnlsGrlMrk002_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002025765





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
BeefChuckSteakBnlsGrlMrk002_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002025765





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

**PHONE NUMBER:**

864 231 6539



**IMAGE:**
BeefChuckSteakBnlsGrlMrk002_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002025765





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



**IMAGE:**
BeefChuckSteakBnlsGrlMrk002_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002025765





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624



### PHONE NUMBER:

864 231 6539

IMAGE:
BeefChuckSteakBnlsGrlMrk002_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002025765



Contact: licensing@adlife.com

November 10, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
BeefLondonBroilGrlMrk003_ADL
COPYRIGHT REGISTRATION NUMBER:
V A 0 0 0 2 0 1 4 1 2 7



Contact: licensing@adlife.com

July 21, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
BeefTopRoundSteak002_ADL
COPYRIGHT REGISTRATION NUMBER:
App# 1-4332815742



March 31, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
BeefTopRoundSteak002_ADL
COPYRIGHT REGISTRATION NUMBER:
App# 1-4332815742





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

**PHONE NUMBER:**

864 231 6539



**IMAGE:**
BoneInHamCooked001_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002045003





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
BoneInHamCooked001_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002045003





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

**PHONE NUMBER:**

864 231 6539



**IMAGE:**
BoneInHamCooked001_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002045003



December 22, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



**IMAGE:**
BoneInPorkChops002_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002045003





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

**PHONE NUMBER:**

864 231 6539



**IMAGE:**
BoneInPorkChops002_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002045003



Contact: licensing@adlife.com

March 24, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
BonelessChuckRoast001_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002045012



Contact: licensing@adlife.com

January 05, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
BonelessChuckRoast001_ADL
COPYRIGHT REGISTRATION NUMBER:
V A 0 0 0 2 0 4 5 0 1 2



Contact: licensing@adlife.com

January 12, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
BonelessChuckRoast001_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002045012





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



**IMAGE:**
BonelessChuckRoast001_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002045012



Contact: licensing@adlife.com

February 16, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
CantaloupeHR0307
COPYRIGHT REGISTRATION NUMBER:
VA0002021644



March 17, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



**IMAGE:**
CantaloupeHR0307
**COPYRIGHT REGISTRATION NUMBER:**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

**PHONE NUMBER:**

864 231 6539



**IMAGE:**
CantaloupeHR0307
**COPYRIGHT REGISTRATION NUMBER:**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

**PHONE NUMBER:**

864 231 6539



**IMAGE:**
CantaloupeHR0307
**COPYRIGHT REGISTRATION NUMBER:**
VA0002021644



Contact: licensing@adlife.com

April 14, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



**IMAGE:**
CantaloupeHR0307
**COPYRIGHT REGISTRATION NUMBER:**
VA0002021644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF COMMERCE



### MAILING ADDRESS:

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

### PHONE NUMBER:

706 335 5050

**IMAGE:**
ChickenWholeRoasted002
**COPYRIGHT REGISTRATION NUMBER:**
VA0002017741





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF CORNELIA

**MAILING ADDRESS:**

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

**PHONE NUMBER:**

706 778 9512



**IMAGE:**
ChickenWholeRoasted002
**COPYRIGHT REGISTRATION NUMBER:**
VA0002017741





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF GREER

### MAILING ADDRESS:

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

### PHONE NUMBER:

864 877 4043



IMAGE:
ChickenWholeRoasted002
COPYRIGHT REGISTRATION NUMBER:
VA0002017741



May 26, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

**MAILING ADDRESS:**

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

**PHONE NUMBER:**

706 376 1874



**IMAGE:**
ChickenWholeRoasted002
**COPYRIGHT REGISTRATION NUMBER:**
VA0002017741





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF MONROE

### MAILING ADDRESS:

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

### PHONE NUMBER:

770 266 6121



IMAGE:
ChickenWholeRoasted002
COPYRIGHT REGISTRATION NUMBER:
VA0002017741



Contact: licensing@adlife.com

May 26, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF TOCCOA

**MAILING ADDRESS:**

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

**PHONE NUMBER:**

706 886 7551



**IMAGE:**
ChickenWholeRoasted002
**COPYRIGHT REGISTRATION NUMBER:**
VA0002017741



Contact: licensing@adlife.com

May 26, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF WINDER

### MAILING ADDRESS:

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

### PHONE NUMBER:

770 867 9173



IMAGE:
ChickenWholeRoasted002
COPYRIGHT REGISTRATION NUMBER:
VA0002017741





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF COMMERCE



### MAILING ADDRESS:

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

### PHONE NUMBER:

706 335 5050

IMAGE:
ChickenWholeRoasted002
COPYRIGHT REGISTRATION NUMBER:
VA0002017741



Contact: licensing@adlife.com

June 30, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF CORNELIA

### MAILING ADDRESS:

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

### PHONE NUMBER:

706 778 9512



IMAGE:
ChickenWholeRoasted002
COPYRIGHT REGISTRATION NUMBER:
V A 0 0 0 2 0 1 7 7 4 1



Contact: licensing@adlife.com

June 30, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF GREER

### MAILING ADDRESS:

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

### PHONE NUMBER:

864 877 4043



IMAGE:
ChickenWholeRoasted002
COPYRIGHT REGISTRATION NUMBER:
VA0002017741



Contact: licensing@adlife.com

June 30, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

**MAILING ADDRESS:**

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

**PHONE NUMBER:**

706 376 1874



IMAGE:
ChickenWholeRoasted002
COPYRIGHT REGISTRATION NUMBER:
VA0002017741





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF MONROE

### MAILING ADDRESS:

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

### PHONE NUMBER:

770 266 6121



IMAGE:
ChickenWholeRoasted002
COPYRIGHT REGISTRATION NUMBER:
VA0002017741





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF TOCCOA

### MAILING ADDRESS:

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

### PHONE NUMBER:

706 886 7551



IMAGE:
ChickenWholeRoasted002
COPYRIGHT REGISTRATION NUMBER:
VA0002017741



Contact: licensing@adlife.com

June 30, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF WINDER

### MAILING ADDRESS:

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

### PHONE NUMBER:

770 867 9173



**IMAGE:**
ChickenWholeRoasted002
**COPYRIGHT REGISTRATION NUMBER:**
VA0002017741





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF COMMERCE

### MAILING ADDRESS:

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

### PHONE NUMBER:

706 335 5050



IMAGE:
ChickenWholeRoasted002
COPYRIGHT REGISTRATION NUMBER:
VA0002017741



Contact: licensing@adlife.com

July 28, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF CORNELIA

### MAILING ADDRESS:

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

### PHONE NUMBER:

706 778 9512



IMAGE:
ChickenWholeRoasted002
COPYRIGHT REGISTRATION NUMBER:
VA0002017741





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF GREER

### MAILING ADDRESS:

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

### PHONE NUMBER:

864 877 4043



IMAGE:
ChickenWholeRoasted002
COPYRIGHT REGISTRATION NUMBER:
VA0002017741



July 28, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

**MAILING ADDRESS:**

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

**PHONE NUMBER:**

706 376 1874



**IMAGE:**
ChickenWholeRoasted002
**COPYRIGHT REGISTRATION NUMBER:**
VA0002017741





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF MONROE

### MAILING ADDRESS:

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

### PHONE NUMBER:

770 266 6121



IMAGE:
ChickenWholeRoasted002
COPYRIGHT REGISTRATION NUMBER:
VA0002017741



Contact: licensing@adlife.com

July 28, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF TOCCOA

**MAILING ADDRESS:**

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

**PHONE NUMBER:**

706 886 7551



**IMAGE:**
ChickenWholeRoasted002
**COPYRIGHT REGISTRATION NUMBER:**
VA0002017741





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF WINDER

### MAILING ADDRESS:

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

### PHONE NUMBER:

770 867 9173



IMAGE:
ChickenWholeRoasted002
COPYRIGHT REGISTRATION NUMBER:
VA0002017741



Contact: licensing@adlife.com

July 28, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
CountryStylePorkRibs001_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002055101





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
CountryStylePorkRibs001_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002055101



Contact: licensing@adlife.com

October 27, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



**IMAGE:**
CubeSteakRice001_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002045012





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

**PHONE NUMBER:**

864 231 6539



**IMAGE:**
EyeRoundRoastCarrots001_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002045012



Contact: licensing@adlife.com

March 31, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

**PHONE NUMBER:**

864 231 6539



**IMAGE:**
EyeRoundRoastCarrots001_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002045012





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
HamburgersCookedHR0402
COPYRIGHT REGISTRATION NUMBER:
V A 0 0 0 2 0 2 0 7 3 5



January 05, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

**PHONE NUMBER:**

864 231 6539



IMAGE:
HamburgersCookedHR0402
COPYRIGHT REGISTRATION NUMBER:
V A 0 0 0 2 0 2 0 7 3 5





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
PorkRoastButt005_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002046789





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
PorkRoastButt005_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002046789



Contact: licensing@adlife.com

May 12, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
PrimeRibRoastCooked001_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002044969



Contact: licensing@adlife.com

September 15, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

**PHONE NUMBER:**

864 231 6539



**IMAGE:**
PrimeRibRoastCooked001_ADL
**COPYRIGHT REGISTRATION NUMBER:**
V A 0 0 0 2 0 4 4 9 6 9

![Quality Foods weekly advertisement circular]

Quality Foods — Anderson, Intersection of Hwy 81 & 28 By Pass
PRICES GOOD
SEPTEMBER 13 - SEPTEMBER 19
ANDERSON LOCATION ONLY
www.shopqualityfoods.com

Premium Products & Value From Your Friendly Neighborhood Grocer

free tervis Drinkware

**The Freshest Meat Market in Town**

| Item | Price |
|------|-------|
| GROUND CHUCK | $2.59 LB |
| CHICKEN THIGHS | 89¢ LB |
| CHUCK ROAST | $3.49 LB |
| PORK CHOPS | $1.49 LB |
| COCA COLA & FLAVORS | 5/$10 |
| WAKE-UP ROAST COFFEE | $5.99 |
| BEANS OR BLACKEYE PEAS | 2/$1 |
| BEEF STEW | $1.77 |
| RIBEYE STEAK | $5.99 LB |
| CHICKEN TENDERS | $2.29 LB |
| COUNTRY STYLE PORK RIBS | $1.49 LB |
| CENTER CUT PORK CHOPS | $1.79 LB |
| APPLE SAUCE | 99¢ |
| MAYONNAISE, SOUTHERN MAYONNAISE OR DRESSING MAYONNAISE | $1.99 |
| SALAD DRESSING | 5/$5 |
| SOUP | 2/$1 |
| RIB ROAST | $5.99 LB |
| BABY BACK PORK RIBS | $2.99 LB |
| PICNICS | $1.39 LB |
| CHICKEN GIZZARDS | 79¢ LB |
| TOMATOES | 5/$5 |
| FRUIT SQUEEZE DRINK | 5/$5 |
| MACARONI CHEESE DELUXE OR SHELLS & CHEDDAR DELUXE | 5/$5 |
| ZESTA SALTINES | $1.99 |
| WHITE POTATOES | $1.79 |
| TOMATOES | $1.29 |
| YELLOW ONIONS | 79¢ |
| RED GRAPES | $1.69 |
| GREEN SNAP BEANS | 99¢ |
| FARMERS GARDEN SALAD, VEGGIE LOVERS SALAD, SWEET BUTTER LETTUCE | 2/$5 |
| GREEN BELL PEPPERS | 2/$1 |
| NAVEL ORANGES | 79¢ |
| GREEN ONIONS | 2/$1 |
| CLEMENTINES | $3.99 |
| CHICKEN WINGS | $6.99 |
| BEEF PATTIES | $6.49 |
| SLICED BACON | $3.49 |
| WIENERS | 2/$5 |
| TILAPIA FILLETS | $2.99 |
| PORK LOIN FILET | $3.39 |
| SLICED BOLOGNA OR COTTO SALAMI | 2/$4 |
| HOT DOGS | 89¢ |
| SAUSAGE | 2/$5 |
| COD FILLETS | $3.99 |
| SAUSAGE PATTIES OR CRUMBLES | $3.39 |
| SAUSAGE PATTIES OR LINKS | 2/$5 |
| PICKLES | $3.49 |
| CHICKEN GIZZARDS | 79¢ |
| PERCH FILLETS | $3.99 |
| YOGURT | 3/$1 |
| YOGURT | $1.99 |
| JUMBO BISCUITS | 5/$5 |
| ICE CREAM | $2.99 |
| SANDWICHMATE | 77¢ |
| PUNCH | 4/$5 |
| SPREAD | 2/$5 |
| PIZZA | 69¢ |
| CHUNK OR SHREDDED CHEESE | 2/$3 |
| SOUR CREAM | 77¢ |
| POTATOES | $1.99 |
| PEANUT BUTTER | $3.49 |

Contact: licensing@adlife.com

September 22, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
RumpRoastCooked002_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002044969



Contact: licensing@adlife.com

March 24, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF COMMERCE

### MAILING ADDRESS:

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

### PHONE NUMBER:

706 335 5050



**IMAGE:**
Shrimp005
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022051



Contact: licensing@adlife.com

March 24, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF CORNELIA

### MAILING ADDRESS:

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

### PHONE NUMBER:

706 778 9512



**IMAGE:**
Shrimp005
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022051



March 24, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF GREER

### MAILING ADDRESS:

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

### PHONE NUMBER:

864 877 4043



**IMAGE:**
Shrimp005
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022051



Contact: licensing@adlife.com

March 24, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF HARTWELL

### MAILING ADDRESS:

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

### PHONE NUMBER:

706 376 1874



**IMAGE:**
Shrimp005
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022051





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF MONROE

**MAILING ADDRESS:**

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

**PHONE NUMBER:**

770 266 6121



**IMAGE:**
Shrimp005
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022051



Contact: licensing@adlife.com

March 24, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF TOCCOA

**MAILING ADDRESS:**

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

**PHONE NUMBER:**

706 886 7551



**IMAGE:**
Shrimp005
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022051



Contact: licensing@adlife.com

March 24, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF WINDER

### MAILING ADDRESS:

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

### PHONE NUMBER:

770 867 9173



IMAGE:
Shrimp005
COPYRIGHT REGISTRATION NUMBER:
VA0002022051





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF COMMERCE

**MAILING ADDRESS:**

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

**PHONE NUMBER:**

706 335 5050



**IMAGE:**
Shrimp005
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022051



Contact: licensing@adlife.com

May 05, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF CORNELIA

### MAILING ADDRESS:

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

### PHONE NUMBER:

706 778 9512



IMAGE:
Shrimp005
COPYRIGHT REGISTRATION NUMBER:
VA0002022051



Contact: licensing@adlife.com

May 05, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF GREER

### MAILING ADDRESS:

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

### PHONE NUMBER:

864 877 4043



IMAGE:
Shrimp005
COPYRIGHT REGISTRATION NUMBER:
VA0002022051



Contact: licensing@adlife.com

May 05, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

**MAILING ADDRESS:**

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

**PHONE NUMBER:**

706 376 1874



**IMAGE:**
Shrimp005
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022051





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

# QUALITY FOODS OF MONROE

### MAILING ADDRESS:

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

### PHONE NUMBER:

770 266 6121



**IMAGE:**
Shrimp005
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022051





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF TOCCOA

### MAILING ADDRESS:

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

### PHONE NUMBER:

706 886 7551



**IMAGE:**
Shrimp005
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022051





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF WINDER

**MAILING ADDRESS:**

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

**PHONE NUMBER:**

770 867 9173



**IMAGE:**
Shrimp005
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022051



Contact: licensing@adlife.com

May 05, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF COMMERCE



### MAILING ADDRESS:

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

**IMAGE:**
Shrimp005
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022051

### PHONE NUMBER:

706 335 5050





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF CORNELIA

### MAILING ADDRESS:

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

### PHONE NUMBER:

706 778 9512



**IMAGE:**
Shrimp005
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022051





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF GREER

**MAILING ADDRESS:**

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

**PHONE NUMBER:**

864 877 4043



**IMAGE:**
Shrimp005
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022051



May 12, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

### MAILING ADDRESS:

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

### PHONE NUMBER:

706 376 1874



IMAGE:
Shrimp005
COPYRIGHT REGISTRATION NUMBER:
VA0002022051



Contact: licensing@adlife.com

May 12, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF MONROE

### MAILING ADDRESS:

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

### PHONE NUMBER:

770 266 6121



**IMAGE:**
Shrimp005
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022051





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF TOCCOA

### MAILING ADDRESS:

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

### PHONE NUMBER:

706 886 7551



**IMAGE:**
Shrimp005
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022051





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF WINDER

### MAILING ADDRESS:

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

### PHONE NUMBER:

770 867 9173



IMAGE:
Shrimp005
COPYRIGHT REGISTRATION NUMBER:
VA0002022051



May 12, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
TBoneSteakCooked001_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002044969



Contact: licensing@adlife.com

March 17, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624



**IMAGE:**
TBoneSteakCooked001_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002044969

**PHONE NUMBER:**

864 231 6539





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624



**PHONE NUMBER:**

864 231 6539

IMAGE:
TBoneSteakCooked001_ADL
COPYRIGHT REGISTRATION NUMBER:
VA 0002044969



Contact: licensing@adlife.com

November 10, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

**PHONE NUMBER:**

864 231 6539



**IMAGE:**
TboneSteak003_ADL
**COPYRIGHT REGISTRATION NUMBER:**
VA0002044969





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF COMMERCE

### MAILING ADDRESS:

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

### PHONE NUMBER:

706 335 5050



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

**PHONE NUMBER:**

864 231 6539



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF CORNELIA

### MAILING ADDRESS:

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

### PHONE NUMBER:

706 778 9512



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF GREER

**MAILING ADDRESS:**

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

**PHONE NUMBER:**

864 877 4043



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

February 02, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

**MAILING ADDRESS:**

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

**PHONE NUMBER:**

706 376 1874



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF MONROE

**MAILING ADDRESS:**

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

**PHONE NUMBER:**

770 266 6121



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

February 02, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF TOCCOA

**MAILING ADDRESS:**

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

**PHONE NUMBER:**

706 886 7551



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF WINDER

**MAILING ADDRESS:**

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

**PHONE NUMBER:**

770 867 9173



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

February 02, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966



March 09, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF COMMERCE

### MAILING ADDRESS:

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

### PHONE NUMBER:

706 335 5050



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

March 10, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF CORNELIA

**MAILING ADDRESS:**

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

**PHONE NUMBER:**

706 778 9512



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

March 10, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF GREER

**MAILING ADDRESS:**

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

**PHONE NUMBER:**

864 877 4043



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

March 10, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

### MAILING ADDRESS:

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

### PHONE NUMBER:

706 376 1874



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

March 10, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF MONROE

**MAILING ADDRESS:**

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

**PHONE NUMBER:**

770 266 6121



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

March 10, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF TOCCOA

**MAILING ADDRESS:**

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

**PHONE NUMBER:**

706 886 7551



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF WINDER

**MAILING ADDRESS:**

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

**PHONE NUMBER:**

770 867 9173



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966

