

Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF COMMERCE

### MAILING ADDRESS:

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

### PHONE NUMBER:

706 335 5050



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC 29624

### PHONE NUMBER:

864 231 6539



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966



Contact: licensing@adlife.com

March 16, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF CORNELIA

### MAILING ADDRESS:

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

### PHONE NUMBER:

706 778 9512



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
V A 0 0 0 2 0 2 2 9 6 6



Contact: licensing@adlife.com

March 16, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF GREER

**MAILING ADDRESS:**

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

**PHONE NUMBER:**

864 877 4043



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

March 16, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

**MAILING ADDRESS:**

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

**PHONE NUMBER:**

706 376 1874



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
V A 0 0 0 2 0 2 2 9 6 6



Contact: licensing@adlife.com

March 16, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF MONROE

**MAILING ADDRESS:**

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

**PHONE NUMBER:**

770 266 6121



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
V A 0 0 0 2 0 2 2 9 6 6



Contact: licensing@adlife.com

March 16, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF TOCCOA

### MAILING ADDRESS:

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

### PHONE NUMBER:

706 886 7551



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

March 16, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

# QUALITY FOODS OF WINDER

## MAILING ADDRESS:

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

## PHONE NUMBER:

770 867 9173



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

March 16, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

# QUALITY FOODS OF COMMERCE

**MAILING ADDRESS:**

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

**PHONE NUMBER:**

706 335 5050



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF CORNELIA

**MAILING ADDRESS:**

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

**PHONE NUMBER:**

706 778 9512



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



March 24, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF GREER

**MAILING ADDRESS:**

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

**PHONE NUMBER:**

864 877 4043



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



March 24, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

### MAILING ADDRESS:

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

### PHONE NUMBER:

706 376 1874



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

March 24, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF MONROE

### MAILING ADDRESS:

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

### PHONE NUMBER:

770 266 6121



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966



Contact: licensing@adlife.com

March 24, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF TOCCOA

### MAILING ADDRESS:

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

### PHONE NUMBER:

706 886 7551



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

March 24, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF WINDER

**MAILING ADDRESS:**

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

**PHONE NUMBER:**

770 867 9173



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

March 24, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF COMMERCE

### MAILING ADDRESS:

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

### PHONE NUMBER:

706 335 5050



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

April 28, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF CORNELIA

### MAILING ADDRESS:

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

### PHONE NUMBER:

706 778 9512



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

April 28, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF GREER

### MAILING ADDRESS:

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

### PHONE NUMBER:

864 877 4043



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

### MAILING ADDRESS:

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

### PHONE NUMBER:

706 376 1874



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF MONROE

### MAILING ADDRESS:

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

### PHONE NUMBER:

770 266 6121



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



April 28, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF TOCCOA

### MAILING ADDRESS:

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

### PHONE NUMBER:

706 886 7551



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

April 28, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF WINDER

**MAILING ADDRESS:**

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

**PHONE NUMBER:**

770 867 9173



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

April 28, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

### PHONE NUMBER:

864 231 6539



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
V A 0 0 0 2 0 2 2 9 6 6



Contact: licensing@adlife.com

May 19, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF COMMERCE

### MAILING ADDRESS:

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

### PHONE NUMBER:

706 335 5050



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

May 19, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF CORNELIA

### MAILING ADDRESS:

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

### PHONE NUMBER:

706 778 9512



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966



Contact: licensing@adlife.com

May 19, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF GREER

**MAILING ADDRESS:**

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

**PHONE NUMBER:**

864 877 4043



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

**MAILING ADDRESS:**

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

**PHONE NUMBER:**

706 376 1874



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF MONROE

**MAILING ADDRESS:**

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

**PHONE NUMBER:**

770 266 6121



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

May 19, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF TOCCOA

**MAILING ADDRESS:**

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

**PHONE NUMBER:**

706 886 7551



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

May 19, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF WINDER

### MAILING ADDRESS:

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

### PHONE NUMBER:

770 867 9173



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

May 19, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF COMMERCE

### MAILING ADDRESS:

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

### PHONE NUMBER:

706 335 5050



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966



Contact: licensing@adlife.com

June 02, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF CORNELIA

### MAILING ADDRESS:

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

### PHONE NUMBER:

706 778 9512



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF GREER

**MAILING ADDRESS:**

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

**PHONE NUMBER:**

864 877 4043



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

June 02, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

### MAILING ADDRESS:

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

### PHONE NUMBER:

706 376 1874



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF MONROE

### MAILING ADDRESS:

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

### PHONE NUMBER:

770 266 6121



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966



Contact: licensing@adlife.com

June 02, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

**PHONE NUMBER:**

864 231 6539



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



June 30, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

**PHONE NUMBER:**

864 231 6539



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
V A 0 0 0 2 0 2 2 9 6 6



Contact: licensing@adlife.com

July 07, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF COMMERCE

**MAILING ADDRESS:**

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

**PHONE NUMBER:**

706 335 5050



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

July 07, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF CORNELIA

### MAILING ADDRESS:

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

### PHONE NUMBER:

706 778 9512



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF GREER

**MAILING ADDRESS:**

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

**PHONE NUMBER:**

864 877 4043



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

July 07, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

### MAILING ADDRESS:

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

### PHONE NUMBER:

706 376 1874



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

July 07, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF MONROE

**MAILING ADDRESS:**

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

**PHONE NUMBER:**

770 266 6121



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
V A 0 0 0 2 0 2 2 9 6 6





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF TOCCOA

**MAILING ADDRESS:**

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

**PHONE NUMBER:**

706 886 7551



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF WINDER

**MAILING ADDRESS:**

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

**PHONE NUMBER:**

770 867 9173



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF COMMERCE

**MAILING ADDRESS:**

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

**PHONE NUMBER:**

706 335 5050



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF CORNELIA

### MAILING ADDRESS:

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

### PHONE NUMBER:

706 778 9512



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF GREER

### MAILING ADDRESS:

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

### PHONE NUMBER:

864 877 4043



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966



August 04, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

**MAILING ADDRESS:**

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

**PHONE NUMBER:**

706 376 1874



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



August 04, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF MONROE

**MAILING ADDRESS:**

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

**PHONE NUMBER:**

770 266 6121



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF TOCCOA

**MAILING ADDRESS:**

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

**PHONE NUMBER:**

706 886 7551



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

August 04, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

# QUALITY FOODS OF WINDER

**MAILING ADDRESS:**

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

**PHONE NUMBER:**

770 867 9173



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

August 04, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF COMMERCE

### MAILING ADDRESS:

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

### PHONE NUMBER:

706 335 5050



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966



Contact: licensing@adlife.com

August 11, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF CORNELIA

**MAILING ADDRESS:**

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

**PHONE NUMBER:**

706 778 9512



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF GREER

**MAILING ADDRESS:**

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

**PHONE NUMBER:**

864 877 4043



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

**MAILING ADDRESS:**

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

**PHONE NUMBER:**

706 376 1874



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF MONROE

**MAILING ADDRESS:**

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

**PHONE NUMBER:**

770 266 6121



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF TOCCOA

### MAILING ADDRESS:

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

### PHONE NUMBER:

706 886 7551



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF WINDER

**MAILING ADDRESS:**

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

**PHONE NUMBER:**

770 867 9173



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

August 11, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF COMMERCE

### MAILING ADDRESS:

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

### PHONE NUMBER:

706 335 5050



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

September 08, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF CORNELIA

**MAILING ADDRESS:**

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

**PHONE NUMBER:**

706 778 9512



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
V A 0 0 0 2 0 2 2 9 6 6



Contact: licensing@adlife.com

September 08, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF GREER

**MAILING ADDRESS:**

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

**PHONE NUMBER:**

864 877 4043



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

September 08, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

### MAILING ADDRESS:

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

### PHONE NUMBER:

706 376 1874



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF MONROE

**MAILING ADDRESS:**

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

**PHONE NUMBER:**

770 266 6121



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



September 08, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF TOCCOA

### MAILING ADDRESS:

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

### PHONE NUMBER:

706 886 7551



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
V A 0 0 0 2 0 2 2 9 6 6



Contact: licensing@adlife.com

September 08, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF WINDER

### MAILING ADDRESS:

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

### PHONE NUMBER:

770 867 9173



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

**PHONE NUMBER:**

864 231 6539



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF COMMERCE



### MAILING ADDRESS:

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966

### PHONE NUMBER:

706 335 5050



Contact: licensing@adlife.com

October 20, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF CORNELIA

### MAILING ADDRESS:

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

### PHONE NUMBER:

706 778 9512



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966



October 20, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF GREER

**MAILING ADDRESS:**

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

**PHONE NUMBER:**

864 877 4043



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

October 20, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

### MAILING ADDRESS:

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

### PHONE NUMBER:

706 376 1874



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF MONROE

**MAILING ADDRESS:**

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

**PHONE NUMBER:**

770 266 6121



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

October 20, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF TOCCOA

### MAILING ADDRESS:

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

### PHONE NUMBER:

706 886 7551



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF WINDER

### MAILING ADDRESS:

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

### PHONE NUMBER:

770 867 9173



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

October 20, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## QUALITY FOODS OF ANDERSON

### MAILING ADDRESS:

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC 29624

### PHONE NUMBER:

864 231 6539



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF COMMERCE

**MAILING ADDRESS:**

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

**PHONE NUMBER:**

706 335 5050



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

November 17, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF CORNELIA

### MAILING ADDRESS:

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

### PHONE NUMBER:

706 778 9512



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

November 17, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF GREER

### MAILING ADDRESS:

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

### PHONE NUMBER:

864 877 4043



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

November 17, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

**MAILING ADDRESS:**

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

**PHONE NUMBER:**

706 376 1874



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

November 17, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF MONROE

**MAILING ADDRESS:**

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

**PHONE NUMBER:**

770 266 6121



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

November 17, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF TOCCOA

### MAILING ADDRESS:

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

### PHONE NUMBER:

706 886 7551



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966



Contact: licensing@adlife.com

November 17, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF WINDER

### MAILING ADDRESS:

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

### PHONE NUMBER:

770 867 9173



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

November 17, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF COMMERCE

### MAILING ADDRESS:

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

### PHONE NUMBER:

706 335 5050



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966



Contact: licensing@adlife.com

November 24, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF CORNELIA

### MAILING ADDRESS:

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

### PHONE NUMBER:

706 778 9512



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

# QUALITY FOODS OF GREER

### MAILING ADDRESS:

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

### PHONE NUMBER:

864 877 4043



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

# QUALITY FOODS OF HARTWELL

**MAILING ADDRESS:**

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

**PHONE NUMBER:**

706 376 1874



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

November 24, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF MONROE

### MAILING ADDRESS:

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

### PHONE NUMBER:

770 266 6121



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

# QUALITY FOODS OF TOCCOA

## MAILING ADDRESS:

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

## PHONE NUMBER:

706 886 7551



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



November 24, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF WINDER

### MAILING ADDRESS:

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

### PHONE NUMBER:

770 867 9173



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF COMMERCE

**MAILING ADDRESS:**

Quality Foods of Commerce
3185 Maysville Road
Commerce, GA 30529

**PHONE NUMBER:**

706 335 5050



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

December 22, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF ANDERSON

**MAILING ADDRESS:**

Quality Foods of Anderson
207 Highway 28 By-Pass
Anderson, SC  29624

**PHONE NUMBER:**

864 231 6539



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966



Contact: licensing@adlife.com

December 22, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF CORNELIA

### MAILING ADDRESS:

Quality Foods of Cornelia
195 Quality Foods Shopping Center
Cornelia, GA 30531

### PHONE NUMBER:

706 778 9512



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF GREER

### MAILING ADDRESS:

Quality Foods of Greer
508 North Main Street
Greer, SC 29651

### PHONE NUMBER:

864 877 4043



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966



Contact: licensing@adlife.com

December 22, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF HARTWELL

### MAILING ADDRESS:

Quality Foods of Hartwell
1028 Benson Street
Hartwell, GA 30643

### PHONE NUMBER:

706 376 1874



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966



Contact: licensing@adlife.com

December 22, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## QUALITY FOODS OF MONROE

### MAILING ADDRESS:

Quality Foods of Monroe
748 West Springs Street
Monroe, GA 30655

### PHONE NUMBER:

770 266 6121



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966



Contact: licensing@adlife.com

December 22, 2017



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## QUALITY FOODS OF TOCCOA

**MAILING ADDRESS:**

Quality Foods of Toccoa
1502 Big A Road
Toccoa, GA 30577

**PHONE NUMBER:**

706 886 7551



**IMAGE:**
TopSirloinSteakCookedHR0711
**COPYRIGHT REGISTRATION NUMBER:**
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

# QUALITY FOODS OF WINDER

## MAILING ADDRESS:

Quality Foods of Winder
208-A North Broad Street
Winder, GA 30680

## PHONE NUMBER:

770 867 9173



IMAGE:
TopSirloinSteakCookedHR0711
COPYRIGHT REGISTRATION NUMBER:
VA0002022966



Contact: licensing@adlife.com

December 22, 2017